Michele R. Stafford, Esq. (SBN 172509)
George R. Nemiroff, Esq. (SBN 262058)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
Email: mstafford@sjlawcorp.com
Email: gnemiroff@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers' Health
and Welfare Trust Fund For Northern California, et al.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JS TAYLOR CONSTRUCTION, INC., et al.,<br><br>Defendants. | Case No. 17-0896 EMC<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE OR, IN THE ALTERNATIVE, REQUEST FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER THEREON**<br><br>Date: May 17, 2018<br>Time: 9:30 a.m.<br>Location: 450 Golden Gate Avenue<br>San Francisco, California<br>Courtroom 5, 17th Floor<br>Judge: Honorable Edward M. Chen |

Plaintiffs respectfully request that the Case Management Conference, currently on calendar for May 17, 2018, be continued for approximately sixty (60) to ninety (90) days. Good cause exists for the granting of the continuance, as follows:

1. As the Court's records will reflect, this action was filed on February 22, 2017. (Dkt. #1.)

2. Plaintiffs served copies of the Summons and Complaint and related documents on Defendants. Defendants executed Waivers of The Service of Summons forms, which were filed with the Court on May 23, 2017 (Dkt. #9). Defendants have failed to respond to the Complaint to date.

3. However, the parties have been in contact throughout April 2018 in an attempt to resolve this matter without the need for further litigation. More specifically, Plaintiffs' Counsel recently

1

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE OR, IN THE ALTERNATIVE, REQUEST FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER THEREON**
**Case No. 17-0896 EMC**        P:\CLIENTS\OE3CL\JS Taylor Construction\Pleadings\Request to Continue CMC 051018.docx

received a report prepared by an auditor retained by Defendant which disputes the amounts found on the Plaintiffs' Trust Funds' audit. In response, Plaintiffs' Counsel proposed that the parties meet to discuss each party's respective audit findings. Defendants have agreed to hold the meeting. The parties are currently in the process of exchanging information and having their auditors review the information in anticipation of the meeting.

4.  Plaintiffs' Counsel believes that the meeting between the parties will spur informal settlement discussions and/or at a minimum assist in narrowing or resolving the matters in dispute.

5.  Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for May 17, 2018, be continued for approximately sixty (60) to ninety (90) days to allow time for the parties to attempt to resolve this matter informally, without the need for further litigation.

6.  There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference. In the alternative, Plaintiffs request that they may appear at the hearing telephonically. As attorneys' fees and costs are "out of pocket," Plaintiffs are attempting to keep fees (and thus the Trust Funds' loss) at a minimum.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 10th day of May, 2018, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
George R. Nemiroff
Attorneys for Plaintiffs, Operating Engineers'
Health and Welfare Trust Fund, et al.

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __8/23/18__ at __9:30 a.m.__, and all previously set deadlines and dates related to this case are continued accordingly or, alternatively, Plaintiffs may appear at the Case Management Conference by telephone.

DATED: __5/15__, 2018    Plaintiffs shall serve a copy of this order upon defendants.

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

# PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On May 10, 2018, I served the following document(s):

**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE OR, IN THE ALTERNATIVE, REQUEST FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER THEREON**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope(s) were addressed and mailed as follows:

**Josh Thiel**
**JS Taylor Construction, Inc.**
**1288 Wawona Street**
**Manteca, CA 95377**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 10, 2018, at San Francisco, California.

Alicia Wood
Paralegal

1

**PROOF OF SERVICE**
**Case No. 17-0896 EMC**  P:\CLIENTS\OE3CL\JS Taylor Construction\Pleadings\Request to Continue CMC 051018.docx